UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Bradley Allen McHorse,

        Plaintiff,

v.

        ORDER ADOPTING
        REPORT AND RECOMMENDATION

The State of Minnesota, et al.,

        Defendants.        Civ. No. 13-837 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. Plaintiff's motion for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

DATED: May 29, 2013　　　　　　　　　　s/Michael J. Davis
At Minneapolis, Minnesota　　　　　　　Michael J. Davis, Chief Judge
　　　　　　　　　　　　　　　　　　　United States District Court